UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALLEN RHEAUME,<br>　　Plaintiff | :<br>:<br>: |
| v. | : 　File No. 1:08-CV-4 |
| ROBERT HOFMANN,<br>DEBBIE THIBAULT,<br>JERRI BROUILLETTE,<br>　　Defendants | :<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed June 2, 2008.  (Paper 16.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  Defendants' motion to dismiss (Paper 10) is GRANTED and this case is DISMISSED without prejudice.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous.  See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 9th day of July, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ J. Garvan Murtha
　　　　　　　　　　　　　　　　　　　　J. Garvan Murtha
　　　　　　　　　　　　　　　　　　　　United States District Judge